SUSAN I. MONTGOMERY (Cal. Bar 120667)
LAW OFFICE OF SUSAN I. MONTGOMERY
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: (310) 556-8900
susan@simontgomerylaw.com

*Attorneys for AppleCare Medical Group, Inc.
and AppleCare Medical Group, St. Francis Inc.*

**FILED & ENTERED**

**JUN 28 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>   Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☒ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>   Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>Adversary No. 2:21-ap-01101-ER<br><br>**[RELATES TO DKT. NO. 2 & 20]**<br><br>**CONSENT ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| AppleCare Medical Group, Inc. and AppleCare Medical Group St. Francis Inc., <br><br> Plaintiffs, <br><br> v. <br><br> St. Francis Medical Center and Howard Grobstein, solely in his capacity as Trustee of the VHS Liquidating Trust, <br><br> Defendants. | <u>HEARING</u> <br> Date:   June 23, 2021 <br> Time:   10:00 am <br> Place:  Courtroom 1568 <br>             255 E. Temple Street <br>             Los Angeles, California 90012 |

The Plaintiffs, AppleCare Medical Group, Inc. ("<u>ACMG</u>") and AppleCare Medical Group St. Francis, Inc. ("<u>ACMGSF</u>" and together with ACMG, "<u>AppleCare</u>"), having filed a Motion for Preliminary Injunction dated June 9, 2021 [Dkt No. 2] (the "<u>Motion</u>"), and on June 15, 2021, the Defendants, St. Francis Medical Center ("<u>SFMC</u>") and Howard Grobstein as trustee of the VHS Liquidating Trust, having filed a Limited Non-Opposition and Reservation of Rights [Dkt. No. 20] (the "<u>Limited Non-Opposition</u>"), and this Court having reviewed the Motion and Limited Non-Opposition, and having held a hearing on June 23, 2021, and upon the Defendants' agreement to an initial preliminary injunction as set forth in the Limited Non-Opposition, and for the reasons set forth in the tentative ruling [Doc. No. 22], which the Court adopts as its final ruling and which is incorporated herein by reference, it is hereby:

ORDERED that, for a period of sixty (60) days from the date of this Order, the Defendants, and their officers, agents, servants, employees, and attorneys, are hereby enjoined from spending, transferring, distributing, or otherwise dissipating the share of the risk adjustment revenue payments paid by health plans during the 2021 calendar year, that would have otherwise been paid to AppleCare (the "<u>2020 Risk Adjustment Revenue</u>") under the terms of that certain (i) Healthcare Services Risk Sharing Agreement by and between SFMC and ACMGSF effective January 1, 2004 (as amended from time to time) and (ii)

Healthcare Services Risk Sharing Agreement by and between SFMC and ACMG effective June 1, 2007;

IT IS FURTHER ORDERED that this preliminary injunction shall apply only if and to the extent that Defendants have actually received the 2020 Risk Adjustment Revenue;

IT IS FURTHER ORDERED that the Defendants may upon notice and hearing move to vacate or revoke this preliminary injunction;

IT IS FURTHER ORDERED that a further hearing shall be held on August 18, 2021, at 10:00 a.m. concerning the relief requested in the Motion. No later than **July 28, 2021**, Plaintiffs shall file supplemental briefing in support of a further extension of the preliminary injunction. Any opposition to Plaintiffs' supplemental briefing shall be filed no later than **August 4, 2021**. Plaintiffs' reply shall be filed no later than **August 11, 2021**.

IT IS FURTHER ORDERED that to the extent the Plaintiffs learn of the amount and remittance of the 2020 Risk Adjustment Revenue, they shall notify the Defendants of the same.

IT IS SO ORDERED.

###

Date: June 28, 2021

Ernest M. Robles
United States Bankruptcy Judge

3